MARTIN, Administratrix, Appellant, vs. CHICAGO, MILWAU-
KEE & ST. PAUL RAILWAY COMPANY, Respondent.

*February 24—March 14, 1916.*

*Appeal: Affirmance by divided court: Railroads: Death of employee.*

In an action for death of a railway employee who was run over by
a car in defendant's yards, a judgment upon a directed verdict
for the defendant is affirmed by a divided court.

APPEAL from a judgment of the circuit court for Milwau-
kee county: W. J. TURNER, Circuit Judge. *Affirmed.*

This action was brought by the plaintiff as administratrix
of the estate of Jesse Martin, deceased, to recover for the
death of her husband, said Jesse Martin, who was killed in
the yards of the defendant November 8, 1913. The deceased
was night switchman, and shortly after arriving at the yards
on the evening in question was run over and killed by a car
that was "shunted" over a team track by other cars that were
"kicked" through the yards.

The complaint sets forth two causes of action. In one it
was claimed that the plaintiff was entitled to the benefit of
the federal Employers' Liability Act. The two causes of ac-
tion are based upon the negligence of the employees of the de-
fendant. The answer puts in issue the allegations of the
complaint, and further alleges that the deceased was killed
because of his own carelessness and negligence. After the
evidence was all in the court directed a verdict for the defend-
ant. Judgment was entered accordingly in favor of the de-
fendant, from which this appeal was taken.

For the appellant there was a brief by *Glicksman, Gold &
Corrigan,* attorneys, and *Henry Mahoney,* of counsel, and
oral argument by *Mr. W. L. Gold* and *Mr. Mahoney.*

For the respondent there was a brief by *C. H. Van Alstine,
H. J. Killilea,* and *R. M. Trump,* and oral argument by
*Mr. Trump* and *Mr. Killilea.*

KERWIN, J.   In this case the judgment of the court below must stand, because the five sitting justices are divided on the question as to whether the judgment should be affirmed or reversed.   Three of the justices, Chief Justice WINSLOW and Justices VINJE and ROSENBERRY, favor affirmance, while Justice SIEBECKER and the writer favor reversal.

*By the Court.*—Judgment is affirmed.